UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILLIP CAMILLO-AMISANO,<br><br>          Petitioner,<br><br>          v.<br><br>WARDEN J. ENGLEMAN,<br><br>          Respondent. | Case No. 2:24-cv-02064-ODW-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by a Person in Federal Custody under 28 U.S.C. § 2241 (Dkt. 1 "Petition"), the Return to Petition filed by Respondent, with supporting records (Dkt. 7, 7-1 to 7-9), the Report and Recommendation of the United States Magistrate Judge (Dkt. 11, "Report"), and Petitioner's objections to the Report (Dkt. 12).

      The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

      IT IS THEREFORE ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: August 5, 2024

                                            OTIS D. WRIGHT, II
                                            United States District Judge