JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| PHILLIP CAMILLO-AMISANO, | Case No. 2:24-cv-02064-ODW-JDE |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN J. ENGLEMAN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

Dated: August 5, 2024

_____
OTIS D. WRIGHT, II
United States District Judge